**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

December 30, 2021

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *USA v. Bella* (Alvin Maxwell)
             21 Cr. 247

Dear Judge Engelmayer:

    I represent Alvin Maxwell. With the consent of the government, we are requesting one week to finalize Mr. Maxwell's bail package.

    The government is in the process of interviewing our proposed sureties, and those interviews should be complete by today or early next week at the latest.

    Thank you for your consideration.

                                             Respectfully submitted,

                                             Peter E. Brill

Granted.  The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 102.  SO ORDERED.

_____
PAUL A. ENGELMAYER          Dated: December 30, 2021.
United States District Judge

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788