UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALVIN MAXWELL,

Defendant.

21-CR-247-04 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A document has been filed on the docket of this case entitled, "Administrative Notice of the Office of Executor," and which purports to have been filed by defendant Alvin Maxwell. Dkt. 115. The Court directs Mr. Maxwell's counsel to file a letter on the docket of this case explaining this filing and the relief, if any, that Mr. Maxwell seeks. This letter is due Wednesday, March 23, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 18, 2022
New York, New York