

**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

August 19, 2022

<u>Via ECF</u>
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: *USA v. Bella* (Alvin Maxwell)
     21 Cr. 247

Dear Judge Engelmayer:

  I represent Alvin Maxwell. With the consent of the government, we are requesting an adjournment of Mr. Maxwell's sentencing date to early November.

  Due to my trial schedule, I will be unable to devote sufficient time to Mr. Maxwell's matter for a few more weeks. I am currently on trial in the District of Columbia. I have at least three additional trials scheduled between now and December, but November is mostly open.

  If it would be possible to have defense submissions due the week of November 7 and the sentencing on any day of the following two weeks, it would be most helpful.

  Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

**GRATNED.** Sentencing is adjourned to November 21, 2022 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 163.

SO ORDERED.       8/19/2022

PAUL A. ENGELMAYER
United States District Judge

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788