UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALVIN MAXWELL,

               Defendant.

21-CR-247-04 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a series of *pro se* motions (Dkt. 245) from defendant Alvin Maxwell seeking to relieve trial counsel Peter Brill, Esq., and thereafter to proceed *pro se*, presumably with an appeal to the Second Circuit. The Court directs Mr. Brill to respond in writing within one week, including addressing (1) whether a timely notice of appeal has been filed, (2) what the status, if any, is as to any appeal, and (3) Mr. Brill's perspective on Mr. Maxwell's application, including whether there are colorable arguments to be pursued on appeal and whether Mr. Maxwell would be prejudiced were he to proceed *pro se* on appeal.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 9, 2023
       New York, New York