UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 21-CR-247-04 (PAE) |
| -v- | ORDER |
| ALVIN MAXWELL, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* motion to vacate under 28 U.S.C. § 2255 (Dkt. No. 251). Any response from the Government shall be filed no later than **March 29, 2023**.

SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge

Dated: March 17, 2023
          New York, New York