

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2023

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Alvin Maxwell</u>, 21 Cr. 247 (PAE)

Dear Judge Engelmayer:

    The Government writes to respectfully request a two-week extension of time in which to file its response to defendant Alvin Maxwell's *pro se* motion pursuant to 28 U.S.C. § 2255. (*See* Dkt. 251). The Government's response is currently due on March 29, 2023 and a two-week extension would permit the Government to respond by April 12, 2023.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

       By:    */s/ Dina McLeod*
                   Dina McLeod
                   Assistant United States Attorney
                   (212) 637-1040

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 257.

                                                              3/24/2023
                     SO ORDERED.

                                       *Paul A. Engelmayer*
                                       PAUL A. ENGELMAYER
                                       United States District Judge