UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVIN MAXWELL,
          Movant,

                                        Criminal No.21 Cr.247(PAE)

vs.

UNITED STATES OF AMERICA,
          Respondent.

MOTION TO VOLUNTARILY DISMISS
PURSUANT FED. R. CIV. P. 41(a)

COMES NOW , the Movant Alvin    :Maxwell,pro se, mover this Honorable Court
to voluntarily dismiss his Direct Appeal without prejudice pursuant to
Rule 41(a) of the Federal Rules of Civil Procedure.Rule 41(a) gives movant
an absolute right to voluntarily dismiss his action"without order of the
court" as long as he files notice of dismissal prior to the respondent's
answer. United States v.  Tamfu,2002 U.S. Dist.LEXIS 19771 (N.D. TX. Oct.
15, 2002)(discussing Rule 41(a)).In this case,Movant's Direct Appeal

motion shall be dismissed .

                                        Respectfully submitted,

Dated:April 22,2023

                                        By:

                                        ALVIN MAXWELL ,pro se
                                        REG.NO.77732-509
                                        Federal Correctional   IN
                                        Post Office Box 7000
                                        A01-Unit
                                        Texarkana,TX 75505

Defendant's motion to voluntarily dismiss his appeal is properly directed to the United States Court of Appeals for the
Second Circuit.  This Court cannot act upon such a motion, and therefore denies it without prejudice to the
defendant's right to make such a motion in the proper court. The Clerk of Court is requested to terminate the motion
at Dkt. No. 278.
                    SO ORDERED.
                                              6/28/2023

                    _____
                         PAUL A. ENGELMAYER
                         United States District Judge